UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHERRIE HOLTON**                                                   **CIVIL ACTION**

**VERSUS**                                                           **NO. 18-10946**

**PINNACLE ENTERTAINMENT INC.,**                                     **SECTION "B"(3)**
**SERVICE COMPANIES INC OF FLORIDA,**
**AND LOUISIANA I GAMING**

## ORDER & REASONS

Defendants, Service Companies Inc. of Florida and Louisiana I Gaming, have filed a motion to dismiss. (Rec. Docs. 26)

Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition with citations of authorities be filed **and** served no later than eight (8) days before the noticed submission date. No memoranda in opposition to subject motions, set for submission on **October 23, 2019,** have been submitted. Further, plaintiff has not filed a motion to continue the noticed submission date or filed a motion for extension of time within which to oppose the motions. Accordingly, the motion is deemed to be unopposed. The motion to dismiss has merit as plaintiff failed to comply with the court's July 31, 2019 order requiring plaintiff's duly appointed administratrix to file proof of their appointment with a motion to reopen the case on behalf of the deceased plaintiff.

**IT IS ORDERED** that the motion to dismiss is **GRANTED**. Plaintiff's claims against defendants are hereby **DISMISSED WITHOUT PREJUDICE.**

A motion for reconsideration of this Order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty (30) days of this Order. The motion must be accompanied by opposition memoranda to the original motions.

Because such a motion would not have been necessary had timely opposition memoranda been filed, the costs incurred in connection with the motion, including attorney's fees, may be assessed against the party moving for reconsideration. *See* Fed. R. Civ. P. 16, 83. A statement of costs conforming to Local Rule 54.3 should be submitted by all parties desiring to be awarded costs and attorney's fees no later than eight (8) days prior to the noticed submission date of the motion for reconsideration.

New Orleans, Louisiana this 24th day of October, 2019

_____

SENIOR UNITED STATES DISTRICT JUDGE